# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re    **The RSG Family Limited Partnership - Gordon River**        Case No. **8:10-bk-1843-KRM**

Debtor

Chapter **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 2,452,185.00 | | |
| B - Personal Property | Yes | 3 | 68,411.48 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 5,116,618.82 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 96,439.09 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 15 | | | |
| Total Assets | | | 2,520,596.48 | | |
| Total Liabilities | | | | 5,213,057.91 | |

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re    **The RSG Family Limited Partnership - Gordon River**        Case No. **8:10-bk-1843-KRM**

                                               Debtor

Chapter                **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

   ☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re    **The RSG Family Limited Partnership - Gordon River**                    Case No. __8:10-bk-1843-KRM__

                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1400 5th Avenue North**<br>**Naples, Florida**<br>**(Value is Tax Assessed Value)** | | - | **2,452,185.00** | **5,116,618.82** |

|  | Sub-Total > | **2,452,185.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **2,452,185.00** | |

__0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re    **The RSG Family Limited Partnership - Gordon River**         Case No.  **8:10-bk-1843-KRM**

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Operating Account** | - | 8,623.71 |
| | | **Bank of America Escrow Account** | - | 8,079.77 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **16,703.48**
(Total of this page)

  **2**  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

In re   **The RSG Family Limited Partnership - Gordon River**        Case No. **8:10-bk-1843-KRM**

                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Tenant receivables** | - | 890.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                          Sub-Total >       **890.00**
                                                     (Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

In re    **The RSG Family Limited Partnership - Gordon River**                 Case No. **8:10-bk-1843-KRM**
_____
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office equipment** **See attached Exhibit to Schedule B** | - | 1,375.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Maintenance inventory and equipment** **See attached Exhibit to Schedule B** | - | 3,640.00 |
| | | **Appliances** **See attached Exhibit to Schedule B** | - | 45,803.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 50,818.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 68,411.48 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

RSG Family Limited Partnership- Gordon River

Personal Property  Completed on 2/10/10 by Stephen Glas

| | Quanity | Total Value |
|---|---|---|
| | Office Items | |
| Desks | 1 | $100.00 |
| Phones | 1 | $50.00 |
| Desk Chairs | 1 | $15.00 |
| Chairs | 3 | $30.00 |
| Clock | 1 | $5.00 |
| Water Cooler | 1 | $75.00 |
| RDS Bank Scanner | 1 | $1,000.00 |
| File Cabinets | 2 | $100.00 |
| | | $1,375.00 |

| | Maintenance Inventory | |
|---|---|---|
| Floor Tiles | | $400.00 |
| Plumbing Parts | | $350.00 |
| Hardware | | $250.00 |
| Freon | | $150.00 |
| Bath tubs | | $200.00 |
| Hot Water Tank | | $225.00 |
| Stoves | | $700.00 |
| Toilet/Plumbing | | $50.00 |
| | | $2,325.00 |

| | Maintenance Equipment | |
|---|---|---|
| Bench Grinder | 1 | $50.00 |
| Ladder | 1 | $100.00 |
| Brooms,Mops, Rakes | 1 | $60.00 |
| Carpet Scrubber | 1 | $500.00 |
| Appliance Dolly | 1 | $150.00 |
| Carpet Extractor | 1 | $800.00 |
| Paint Sprayer | 1 | $300.00 |
| 5/8 Cable Rodder | 1 | $1,500.00 |
| Vice | 1 | $30.00 |
| Key Machine | 1 | $150.00 |
| | | $3,640.00 |

Appliances

| | Total on hand | Total New | Depreciated Value @ 3 years |
|---|---|---|---|
| Stoves | 90 | $27,000.00 | $11,571 |
| Refrigerators | 86 | $38,700.00 | $16,586 |
| Air Conditioning Units | 183 | $41,175.00 | $17,646 |

Based on a comparison of Cost Seg Studies completed, the Average Life of the Appliances is 7 years.
The average age of the Appliances are approximately 3 years.
The above figures are based on the Average Life of the Appliances and the Average Age of the appliances at the depreciated value.

EXHIBIT TO SCHEDULE B

In re     **The RSG Family Limited Partnership - Gordon River**            Case No.   **8:10-bk-1843-KRM**

                                            Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                          $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **NONE.** | | | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                     Best Case Bankruptcy

In re __The RSG Family Limited Partnership - Gordon River__ ,   Case No. __8:10-bk-1843-KRM__
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | 2009 | | | | | |
| **Collier County Tax Collector** 3301 Tamiami Trail East Naples, FL 34112-4997 | | - | | **Tax Lien** 1400 5th Avenue North Naples, Florida (Value is Tax Assessed Value) | | | | | |
| | | | | Value $             2,452,185.00 | | | | 26,082.97 | 26,082.97 |
| Account No. | | | | 2008 | | | | | |
| **Collier County Tax Collector** 3301 Tamiami Trail East Naples, FL 34112-4997 | | - | | **Tax Lien** 1400 5th Avenue North Naples, Florida (Value is Tax Assessed Value) | | | | | |
| | | | | Value $             2,452,185.00 | | | | 36,159.68 | 36,159.68 |
| Account No. | | | | **First Mortgage** | | | | | |
| **SPCP Group IV, LLC** c/o Kristin J. Mentzer McClosky, D'Anna & Dieterle, LLP 2300 Glades Road, Ste. 400 Boca Raton, FL 33431 | X | - | | 1400 5th Avenue North Naples, Florida (Value is Tax Assessed Value) | | | | | |
| | | | | Value $             2,452,185.00 | | | | 5,054,376.17 | 0.00 |
| Account No. | | | | | | | | | |
| **JP Morgan Chase Bank** PO Box 650528 Dallas, TX 75265 | | | | **Additional notice** **SPCP Group IV, LLC** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |

| | | | |
|---|---|---|---|
| **0**   continuation sheets attached | Subtotal (Total of this page) | | 5,116,618.82 | 62,242.65 |
| | Total (Report on Summary of Schedules) | | 5,116,618.82 | 62,242.65 |

In re     **The RSG Family Limited Partnership - Gordon River**          Case No.   **8:10-bk-1843-KRM**

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1    continuation sheets attached

In re  **The RSG Family Limited Partnership - Gordon River**                Case No.  **8:10-bk-1843-KRM**
_____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | | Notice purposes only | | | | | |
| **Internal Revenue Service Centralized Insolvency Operations PO Box 21126 Philadelphia, PA 19114** | - | | | | | | | | | 0.00 | 0.00 |
| | | | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |

Sheet **1** of **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | | | 0.00 |
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 |
| | | | 0.00 |

In re   **The RSG Family Limited Partnership - Gordon River**                Case No.   **8:10-bk-1843-KRM**
_____,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**1st Florida Termite and Pest Control**<br>**5271 57th Street North**<br>**Kenneth City, FL 33709** | | - | | Trade debt | | | | 576.00 |
| Account No.<br><br>**ADT Security Services**<br>**PO Box 371967**<br>**Pittsburgh, PA 15250** | | - | | Trade debt | | | | 373.98 |
| Account No.<br><br>**Amerigas**<br>**PO Box 105018**<br>**Atlanta, GA 30348** | | - | | Trade debt | | | | 1,905.05 |
| Account No.<br><br>**ART Pest Control**<br>**773 A East Prospect Road**<br>**Oakland Park, FL 33334** | | - | | Trade debt | | | | 1,112.00 |
| **4**   continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | 3,967.03 |

In re   **The RSG Family Limited Partnership - Gordon River**                 Case No.   **8:10-bk-1843-KRM**
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Barfield and McCain PA** **2809 Poinsettia Avenue** **West Palm Beach, FL 33407** | - | | | | | | 2,505.00 |
| Account No. | | | Payroll | | | | |
| **Barfield Bay** **PO Box 990460** **Naples, FL 34116** | - | | | | | | 9,579.99 |
| Account No. | | | Trade debt | | | | |
| **Barfield Bay Properties, Inc.** **PO Box 990460** **Naples, FL 34116** | - | | | | | | 2,222.10 |
| Account No. | | | Utility services | | | | |
| **Century Link** **PO Box 96064** **Charlotte, NC 28296** | - | | | | | | 295.92 |
| Account No. | | | Trade debt | | | | |
| **Chadwell Supply** **PO Box 1447** **Brandon, FL 33509** | - | | | | | | 3,398.89 |

Sheet no.  **1**  of  **4**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **18,001.90**

In re __The RSG Family Limited Partnership - Gordon River__     Case No. __8:10-bk-1843-KRM__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | Services | | | | |
| Cherry Bekaert & Holland, LLP 401 E Jackson Street Suite 3400 Tampa, FL 33602 | - | | | | | | | | 2,400.00 |
| Account No. | | | | | Utility services | | | | |
| City of Naples- Water P.O. Box 12124 Naples, FL 34102 | - | | | | | | | | 10,879.51 |
| Account No. | | | | | Utility services | | | | |
| Comcast PO Box 105184 Atlanta, GA 30348 | - | | | | | | | | 100.00 |
| Account No. | | | | | Utility services | | | | |
| Florida Power and Light General Mail Facility Miami, FL 33188 | - | | | | | | | | 514.36 |
| Account No. | | | | | Money loaned | | | | |
| Ronald L. Glas PO Box 990460 Naples, FL 34116 | - | | | | | | | | 35,258.79 |

Sheet no. __2__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     49,152.66

In re   **The RSG Family Limited Partnership - Gordon River**            Case No.   **8:10-bk-1843-KRM**
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Martins Landing Apartments**<br>**c/o Barfield Bay Holdings, Inc.**<br>**P.O. Box 990460**<br>**Naples, FL 34116** | - | | | | | | 1,500.00 |
| Account No.<br><br>**Norton Apartments**<br>**P.O. Box 990460**<br>**Naples, FL 34116** | - | | Money loaned | | | | 2,634.00 |
| Account No.<br><br>**Oak Haven Apartments**<br>**c/o Barfield Bay Holdings, Inc.**<br>**P.O. Box 990460**<br>**Naples, FL 34116** | - | | | | | | 3,000.00 |
| Account No.<br><br>**Oakwood Apartments**<br>**c/o Barfield Bay Holdings, Inc.**<br>**P.O. Box 990460**<br>**Naples, FL 34116** | - | | | | | | 2,700.00 |
| Account No.<br><br>**Resident Data**<br>**PO Box 730694**<br>**Dallas, TX 75373** | - | | Trade debt | | | | 183.50 |

Sheet no. __3__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          10,017.50

In re  **The RSG Family Limited Partnership - Gordon River**  Case No. __8:10-bk-1843-KRM__
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Money loaned** | | | | |
| **River Park Apartments** **P.O. Box 990460** **Naples, FL 34116** | | - | | | | | 6,000.00 |
| Account No. | | | | | | | |
| **River Tree Landing Apartments** **c/o Barfield Bay Holdings, Inc.** **P.O. Box 990460** **Naples, FL 34116** | | - | | | | | 2,500.00 |
| Account No. | | | | | | | |
| **Tanglewood Apartments** **c/o Barfield Bay Holdings, Inc.** **P.O. Box 990460** **Naples, FL 34116** | | - | | | | | 2,000.00 |
| Account No. | | | **Trade debt** | | | | |
| **Juan Vidal** **2240 16th St NE** **Naples, FL 34120** | | - | | | | | 4,800.00 |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 15,300.00 |
| Total (Report on Summary of Schedules) | 96,439.09 |

In re    **The RSG Family Limited Partnership - Gordon River**            Case No. **8:10-bk-1843-KRM**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Mac-Gray Services, Inc.**<br>**404 Wyman Street**<br>**Suite 400**<br>**Waltham, MA 02451** | **Lease of laundry room equipment** |
| **Various residents of**<br>**Gordon River Apartments** | **76 apartment leases, residents of the apartment complex** |

**0**

    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Best Case Bankruptcy

In re   **The RSG Family Limited Partnership - Gordon River**                    Case No.   **8:10-bk-1843-KRM**
                                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Barfield Bay Holdings, Inc.**<br>**PO Box 99064**<br>**Naples, FL 34116** | **SPCP Group IV, LLC**<br>**c/o Kristin J. Mentzer**<br>**McClosky, D'Anna & Dieterle, LLP**<br>**2300 Glades Road, Ste. 400**<br>**Boca Raton, FL 33431** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re  <u>The RSG Family Limited Partnership - Gordon River</u>          Case No.  <u>8:10-bk-1843-KRM</u>

                                      Debtor(s)               Chapter   <u>11</u>

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Ronald L. Glas, President, Barfield Bay Holdings, Inc. of the partnership named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __16__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  <u>2/15/10</u>             Signature    <u>_____</u>

                                            **Barfield Bay Holdings, Inc., General Partner**
                                            Ronald L. Glas, President, Barfield Bay Holdings, Inc.

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re    **The RSG Family Limited Partnership - Gordon River**      Case No.   <u>**8:10-bk-1843-KRM**</u>

                                                    Debtor(s)           Chapter    <u>**11**</u>

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$32,653.52** | **2010 YTD: Debtor Business operations** |
| **$589,215.48** | **2009: Debtor Business operations** |
| **$700,711.07** | **2008: Debtor Business operations** |

**2. Income other than from employment or operation of business**

None
■
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT                     SOURCE

**3. Payments to creditors**

None
■
*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐
    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Chadwell Supply<br>PO Box 1447<br>Brandon, FL 33509 | December 2, 2009<br>January 1, 2010 | $8,079.21 | $3,398.89 |
| Citibank | November 6, 2009<br>January 12, 2010 | $12,414.62 | $0.00 |
| Mileage Plus First Card | November 3, 2009 | $13,650.00 | $0.00 |
| National Premium Budget Plan | November 7, 2009 | $7,814.50 | $0.00 |
| Washington Mutual Bank | December 4, 2009<br>January 11, 2010 | $30,000.00 | $0.00 |
| City of Naples- Water<br>P.O. Box 12124<br>Naples, FL 34102 | November 16, 2009<br>December 3, 2009<br>January 27, 2010 | $22,317.80 | $10,879.51 |

None
☐
    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Barfield Bay Properties, Inc.<br>PO Box 990460<br>Naples, FL 34116<br>  Related entity | See attached Exhibit 3c. | $159,901.81 | $2,222.10 |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **River Park Apartments**<br>**P.O. Box 990460**<br>**Naples, FL 34116** | **April 24, 2009**<br>**July 23, 2009**<br>**October 5, 2009** | **$10,797.50** | **$6,000.00** |
| **Ronald L. Glas**<br>**PO Box 990460**<br>**Naples, FL 34116** | **See attached Exhibit 3c.** | **$1,041.67** | **$35,258.79** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Gordon River Apartments v. various tenants** | **Eviction proceedings** | **Circuit Court, Collier County, Florida** | **Various pending and/or resolved** |
| **SPCP Group IV, LLC v. The RSG Family Limited Partnership-Gordon River, Case No. 112010CA00021500001XX** | **Foreclosure** | **Circuit Court, Collier County, Florida** | **Pending** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

Gordon River- Exhibit to Paragraph 3c

| Bank | Check# | Vendor | Check Date | Post Month | Total Amount | Date Reconciled | Reason |
|---|---|---|---|---|---|---|---|
| gord_bao - Gordon River | 32551 | barfield - Barfield Bay Properties, Inc. | 02/02/2009 | 02/2009 | 419.34 | 02/28/2009 | Bnk Chrgs, Phone, Mrkt Mtrls, |
| gord_bao - Gordon River | 32554 | barfield - Barfield Bay Properties, Inc. | 02/04/2009 | 02/2009 | 4,276.13 | 02/28/2009 | Yardt Fee, Prop Sol Fee, Mngt Fee |
| gord_bao - Gordon River | 32564 | barfield - Barfield Bay Properties, Inc. | 02/11/2009 | 02/2009 | 1,927.81 | 02/28/2009 | Unfrms, Hlth Ins, Wrkt Comp, Prop Sol, |
| gord_bao - Gordon River | 32572 | barfield - Barfield Bay Properties, Inc. | 02/16/2009 | 02/2009 | 2,291.96 | 02/28/2009 | BFLI Ins, Mngt Fee |
| gord_bao - Gordon River | 32575 | barfield - Barfield Bay Properties, Inc. | 02/24/2009 | 02/2009 | 1,267.65 | 02/28/2009 | Phone, Mngt Fee, Hlth Ins, Wrks Comp, Advts, Office Sup |
| gord_bao - Gordon River | 32579 | barfield - Barfield Bay Properties, Inc. | 03/02/2009 | 03/2009 | 1,472.39 | 03/31/2009 | Mngt Fee, Prop Sol Fee |
| gord_bao - Gordon River | 32593 | barfield - Barfield Bay Properties, Inc. | 03/10/2009 | 03/2009 | 583.05 | 03/31/2009 | Hlth Ins, Wrks Comp |
| gord_bao - Gordon River | 32597 | barfield - Barfield Bay Properties, Inc. | 03/20/2009 | 03/2009 | 196.25 | 03/31/2009 | Mrkt Mtrls, Phone, Bnk Chrgs |
| gord_bao - Gordon River | 32604 | barfield - Barfield Bay Properties, Inc. | 03/26/2009 | 03/2009 | 581.65 | 03/31/2009 | Hlth Ins, Wrks Comp |
| gord_bao - Gordon River | 32611 | barfield - Barfield Bay Properties, Inc. | 04/01/2009 | 04/2009 | 1,961.62 | 04/30/2009 | Mngt Fee |
| gord_bao - Gordon River | 32625 | barfield - Barfield Bay Properties, Inc. | 04/08/2009 | 04/2009 | 57.41 | 04/30/2009 | Prop Sol Fee, Office Supplies |
| gord_bao - Gordon River | 32628 | barfield - Barfield Bay Properties, Inc. | 04/13/2009 | 04/2009 | 566.45 | 04/30/2009 | Unfrms, Hlth Ins, Wrks Comp |
| gord_bao - Gordon River | 32652 | barfield - Barfield Bay Properties, Inc. | 05/18/2009 | 05/2009 | 300 | 05/31/2009 | Mngt Fee |
| gord_bao - Gordon River | 32655 | barfield - Barfield Bay Properties, Inc. | 06/02/2009 | 06/2009 | 1,778.60 | 06/30/2009 | Mngt Fee |
| gord_bao - Gordon River | 32660 | barfield - Barfield Bay Properties, Inc. | 06/04/2009 | 06/2009 | 687.04 | 06/30/2009 | Bnk Chrgs, Office Supplies, Hlth Ins, Unfrms, Wrks Comp, Prop Sol Fee |
| gord_bao - Gordon River | 32667 | barfield - Barfield Bay Properties, Inc. | 06/09/2009 | 06/2009 | 644.98 | 06/30/2009 | Office Supplies, Unfrms, Hlth Ins, Wrks Comp |
| gord_bao - Gordon River | 32684 | barfield - Barfield Bay Properties, Inc. | 07/07/2009 | 07/2009 | 2,643.92 | 07/31/2009 | Mngt Fee, Prop Sol Fee, Hlth Ins, Wrks Comp |
| gord_bao - Gordon River | 32692 | barfield - Barfield Bay Properties, Inc. | 07/08/2009 | 07/2009 | 1,500.00 | 07/31/2009 | Eviction Fees repayment |
| gord_bao - Gordon River | 32703 | barfield - Barfield Bay Properties, Inc. | 08/04/2009 | 08/2009 | 2,153.49 | 08/31/2009 | Hlth Ins, Wrks Comp, Mngt Fee |
| gord_bao - Gordon River | 32712 | barfield - Barfield Bay Properties, Inc. | 08/06/2009 | 08/2009 | 2,580.18 | 08/31/2009 | Unfrms, Hlthins, WrksComp, Phone, BnkChrgs, OffSupply, MrktMtrls |
| gord_bao - Gordon River | 32725 | barfield - Barfield Bay Properties, Inc. | 08/18/2009 | 08/2009 | 566.88 | 08/31/2009 | Prop Sol Fee, Phone, Bnk Chrg, Hlth Ins, Unfrms, Wrks Cmp |
| gord_bao - Gordon River | 32735 | barfield - Barfield Bay Properties, Inc. | 09/01/2009 | 09/2009 | 1,715.55 | 09/30/2009 | Mngt Fee |
| gord_bao - Gordon River | 32757 | barfield - Barfield Bay Properties, Inc. | 10/06/2009 | 10/2009 | 1,580.86 | 10/31/2009 | Hlth Ins, Wrks Comp, Mngt Fee |
| gord_bao - Gordon River | 32773 | barfield - Barfield Bay Properties, Inc. | 10/20/2009 | 10/2009 | 282.44 | 10/31/2009 | Bnk Chrgs, Off Supplies, Mrkt Mtrls |
| gord_bao - Gordon River | 32777 | barfield - Barfield Bay Properties, Inc. | 10/26/2009 | 10/2009 | 522.63 | 12/31/2009 | Eviction Fees, Office Supplies, Phone |
| gord_bao - Gordon River | 32778 | barfield - Barfield Bay Properties, Inc. | 10/28/2009 | 10/2009 | 574.46 | 10/31/2009 | Mrkt Mtrls, Phone, Bnk Chrgs, Hlth Ins, Unfrms, Wrks Comp |
| gord_bao - Gordon River | 32784 | barfield - Barfield Bay Properties, Inc. | 11/05/2009 | 11/2009 | 1,651.50 | 11/30/2009 | Mngt Fee |
| gord_bao - Gordon River | 32791 | barfield - Barfield Bay Properties, Inc. | 11/23/2009 | 11/2009 | 386.81 | 11/30/2009 | Prop Sol Fee, Phone, Hlth Ins, Wrks Comp |
| gord_bao - Gordon River | 32792 | barfield - Barfield Bay Properties, Inc. | 11/23/2009 | 11/2009 | 30 | 11/30/2009 | Prop Sol Fee |
| gord_bao - Gordon River | 32809 | barfield - Barfield Bay Properties, Inc. | 12/07/2009 | 12/2009 | 2,700.50 | 12/31/2009 | Unfrms, Hlth Ins, Wrks Comp, Phone, Mngt Fee |
| gord_bao - Gordon River | 32816 | barfield - Barfield Bay Properties, Inc. | 12/15/2009 | 12/2009 | 2,085.76 | 12/31/2009 | Phone, Prop Fee, Off Sply, Bnk Chrg, Trnp, Wrks Comp, Prop Sol Fee |
| gord_bao - Gordon River | 32820 | barfield - Barfield Bay Properties, Inc. | 12/22/2009 | 12/2009 | 449.52 | 12/31/2009 | Hlth Ins, Unfrms, Wrks Comp, Office Supplies |
| gord_bao - Gordon River | 32824 | barfield - Barfield Bay Properties, Inc. | 01/04/2010 | 01/2010 | 1,788.18 | 01/31/2010 | Mngt Fee |
| gord_bao - Gordon River | 32839 | barfield - Barfield Bay Properties, Inc. | 01/18/2010 | 01/2010 | 824.03 | 01/31/2010 | Bnk Chrgs, Hlth Ins, Wrks Comp, Phone |
| | | | | | 43954.94 | | |
| gord_bao - Gordon River | 32555 | barfpay - Barfield Bay Payroll Account | 02/04/2009 | 02/2009 | 5,008.13 | 02/28/2009 | Payroll |
| gord_bao - Gordon River | 32575 | barfpay - Barfield Bay Payroll Account | 02/16/2009 | 02/2009 | 1,807.97 | 02/28/2009 | Payroll |
| gord_bao - Gordon River | 32590 | barfpay - Barfield Bay Payroll Account | 03/02/2009 | 03/2009 | 2,701.55 | 03/31/2009 | Payroll |
| gord_bao - Gordon River | 32594 | barfpay - Barfield Bay Payroll Account | 03/16/2009 | 03/2009 | 2,125.51 | 03/31/2009 | Payroll |
| gord_bao - Gordon River | 32598 | barfpay - Barfield Bay Payroll Account | 03/20/2009 | 03/2009 | 1,350.00 | 03/31/2009 | Payroll |
| gord_bao - Gordon River | 32608 | barfpay - Barfield Bay Payroll Account | 04/01/2009 | 04/2009 | 4,157.18 | 04/30/2009 | Payroll |
| gord_bao - Gordon River | 32626 | barfpay - Barfield Bay Payroll Account | 04/08/2009 | 04/2009 | 4,902.89 | 04/30/2009 | Payroll |
| gord_bao - Gordon River | 32637 | barfpay - Barfield Bay Payroll Account | 04/28/2009 | 04/2005 | 3,675.77 | 04/30/2005 | Payroll |
| gord_bao - Gordon River | 32638 | barfpay - Barfield Bay Payroll Account | 04/30/2009 | 04/2009 | 3,665.20 | 05/31/2009 | Payroll |
| gord_bao - Gordon River | 32653 | barfpay - Barfield Bay Payroll Account | 05/21/2009 | 05/2009 | 1,500.00 | 05/31/2009 | Payroll |
| gord_bao - Gordon River | 32668 | barfpay - Barfield Bay Payroll Account | 06/09/2009 | 06/2009 | 5,791.95 | 06/30/2009 | Payroll |
| gord_bao - Gordon River | 32673 | barfpay - Barfield Bay Payroll Account | 06/11/2009 | 06/2009 | 1,350.00 | 06/30/2009 | Payroll |

| Entity | ID | Account / Payee | Date | Period | Amount | Date | | Type / Description |
|---|---|---|---|---|---|---|---|---|
| gord_bao - Gordon River | 32677 | barlpay - Barfield Bay Payroll Account | 06/18/2009 | 06/2009 | 2,910.65 | 06/30/2009 | 07/31/2009 | Payroll |
| gord_bao - Gordon River | 32685 | barlpay - Barfield Bay Payroll Account | 07/07/2009 | 07/2009 | 5,300.05 | 07/31/2009 | 07/31/2009 | Payroll |
| gord_bao - Gordon River | 32694 | barlpay - Barfield Bay Payroll Account | 07/14/2009 | 07/2009 | 4,475.40 | 07/31/2009 | | Payroll |
| gord_bao - Gordon River | 32704 | barlpay - Barfield Bay Payroll Account | 08/04/2009 | 08/2009 | 5,879.87 | 08/31/2009 | | Payroll |
| gord_bao - Gordon River | 32726 | barlpay - Barfield Bay Payroll Account | 08/18/2009 | 08/2009 | 3,448.35 | 08/31/2009 | | Payroll |
| gord_bao - Gordon River | 32736 | barlpay - Barfield Bay Payroll Account | 09/01/2009 | 09/2009 | 5,723.70 | 09/30/2009 | | Payroll |
| gord_bao - Gordon River | 32742 | barlpay - Barfield Bay Payroll Account | 09/10/2009 | 09/2009 | 5,783.88 | 09/30/2009 | | Payroll |
| gord_bao - Gordon River | 32751 | barlpay - Barfield Bay Payroll Account | 10/01/2009 | 10/2009 | 5,225.36 | 10/31/2009 | | Payroll |
| gord_bao - Gordon River | 32758 | barlpay - Barfield Bay Payroll Account | 10/06/2009 | 10/2009 | 6,135.53 | 10/31/2009 | | Payroll |
| gord_bao - Gordon River | 32768 | barlpay - Barfield Bay Payroll Account | 10/12/2009 | 10/2009 | 5,080.00 | 10/31/2009 | | Payroll |
| gord_bao - Gordon River | 32770 | barlpay - Barfield Bay Payroll Account | 10/14/2009 | 10/2009 | 837.24 | 10/31/2009 | | Payroll |
| gord_bao - Gordon River | 32779 | barlpay - Barfield Bay Payroll Account | 10/28/2009 | 10/2009 | 675 | 10/31/2009 | | Payroll |
| gord_bao - Gordon River | 32793 | barlpay - Barfield Bay Payroll Account | 11/25/2009 | 11/2009 | 2,000.00 | 11/30/2009 | | Payroll |
| gord_bao - Gordon River | 32801 | barlpay - Barfield Bay Payroll Account | 12/02/2009 | 12/2009 | 2,320.74 | 12/31/2009 | | Payroll |
| gord_bao - Gordon River | 32810 | barlpay - Barfield Bay Payroll Account | 12/07/2009 | 12/2009 | 871.15 | 12/31/2009 | | Payroll |
| gord_bao - Gordon River | 32815 | barlpay - Barfield Bay Payroll Account | 12/08/2009 | 12/2009 | 4,000.00 | 12/31/2009 | | Payroll |
| gord_bao - Gordon River | 32819 | barlpay - Barfield Bay Payroll Account | 12/18/2009 | 12/2009 | 871.15 | 12/31/2009 | | Payroll |
| gord_bao - Gordon River | 32825 | barlpay - Barfield Bay Payroll Account | 01/05/2010 | 01/2010 | 4,000.00 | 01/31/2010 | | Payroll |
| gord_bao - Gordon River | 32830 | barlpay - Barfield Bay Payroll Account | 01/11/2010 | 01/2010 | 4,299.38 | 01/31/2010 | | Payroll |
| gord_bao - Gordon River | 32838 | barlpay - Barfield Bay Payroll Account | 01/14/2010 | 01/2010 | 4,571.27 | 01/31/2010 | | Payroll |
| gord_bao - Gordon River | 32840 | barlpay - Barfield Bay Payroll Account | 01/19/2010 | 01/2010 | 1,000.00 | 01/31/2010 | | Payroll |
| | | | | | 115,396.87 | | | |
| gord_bao - Gordon River | 32729 | bbiegal - Barfield Bay Legal Account | 08/25/2009 | 08/2009 | 550 | 08/31/2009 | | Evictions Fees Repayment |
| gord_bao - Gordon River | 32767 | golden - Golden Gate Apartments | 10/08/2009 | 10/2009 | 508.14 | 10/31/2009 | | Maint Help Repayment |
| gord_bao - Gordon River | 32816 | gordooc - Gordon Apartments Escrow Ac | 04/03/2009 | 04/2009 | 1,375.00 | 04/30/2009 | | Txf of S/D Rchts deposited into Operating |
| gord_bao - Gordon River | 32660 | gordooc - Gordon Apartments Escrow Ac | 06/09/2009 | 06/2009 | 850 | 06/30/2009 | | Txf of S/D Rchts deposited into Operating |
| | | | | | 2,225.00 | | | |
| gord_bao - Gordon River | 32549 | palma - Palma Cola Apartments | 01/29/2009 | 01/2009 | 6,000.00 | 01/31/2009 | | Loan |
| gord_bao - Gordon River | 32636 | river - River Park Apartments | 04/24/2009 | 04/2009 | 392.5 | 04/30/2009 | | Txf of funds deposited into wrong bank account |
| gord_bao - Gordon River | 32698 | river - River Park Apartments | 07/23/2009 | 07/2009 | 8,800.00 | 07/31/2009 | | Loan |
| gord_bao - Gordon River | 32754 | river - River Park Apartments | 10/05/2009 | 10/2009 | 1,605.00 | 10/31/2009 | | Txf of funds deposited into wrong bank account |
| | | | | | 10,797.50 | | | |
| gord_bao - Gordon River | 32568 | ronald - Ronald L. Glas | 02/11/2009 | 02/2009 | 125.31 | 02/28/2009 | | Pmt of Interest Expense for Funds loaned |
| gord_bao - Gordon River | 32596 | ronald - Ronald L. Glas | 03/10/2009 | 03/2009 | 87.58 | 03/31/2009 | | Pmt of Interest Expense for Funds loaned |
| gord_bao - Gordon River | 32600 | ronald - Ronald L. Glas | 03/20/2009 | 03/2009 | 51.78 | 03/31/2009 | | Pmt of Interest Expense for Funds loaned |
| gord_bao - Gordon River | 32635 | mnald - Ronald L. Glas | 04/20/2009 | 04/2009 | 90.77 | 04/30/2009 | | Pmt of interest Expense for Funds loaned |
| gord_boo - Gordon River | 32670 | ronald - Ronald L. Glas | 06/09/2009 | 06/2009 | 85.18 | 06/30/2009 | | Pmt of interest Expense for Funds loaned |
| gord_bao - Gordon River | 32691 | ronald - Ronald L. Glas | 07/07/2009 | 07/2009 | 85.08 | 07/31/2009 | | Pmt of Interest Expense for funds loaned |
| gord_bao - Gordon River | 32708 | ronald - Ronald L. Glas | 08/04/2009 | 08/2009 | 81.99 | 08/31/2009 | | Pmt of interest Expense for Funds loaned |
| gord_bao - Gordon River | 32733 | ronald - Ronald L. Glas | 08/25/2009 | 08/2009 | 83.95 | 08/31/2009 | | Pmt of Interest Expense for Funds loaned |
| gord_bao - Gordon River | 32765 | ronald - Ronald L. Glas | 10/06/2009 | 10/2009 | 83.28 | 10/31/2009 | | Pmt of Interest Expense for Funds loaned |
| gord_bao - Gordon River | 32814 | ronald - Ronald L. Glas | 12/07/2009 | 12/2009 | 156.56 | 12/31/2009 | | Pmt of Interest Expense for Funds loaned |
| gord_bao - Gordon River | 32818 | ronald - Ronald L. Glas | 12/15/2009 | 12/2009 | 70.19 | 12/31/2009 | | Pmt of Interest Expense for Funds loaned |
| | | | | | 1041.67 | | | |

**7. Gifts**

None  ■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None  ■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None  ☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Stichter, Riedel, Blain & Prosser, P.A.**<br>**110 E. Madison St.**<br>**Suite 200**<br>**Tampa, FL 33602** | **January 28, 2010** | **$20,000.00** |

**10. Other transfers**

None  ■
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None  ■
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None  ■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
■  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

### 19. Books, records and financial statements

None
☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Beth Glas, Bookkeeper**<br>**Barfield Bay Properties**<br>**4648 Golden Gate Parkway**<br>**Unit C**<br>**Naples, FL 34116** | **1995 to present** |

NAME AND ADDRESS
**Norm Kellerman, Accountant**
**FGMK**
**2801 Lakeside Drive**
**3rd Floor**
**Deerfield, IL 60015**

DATES SERVICES RENDERED
**Uncertain to 2008**

**Cherry Bekaert & Holland, LLP**
**401 E Jackson Street**
**Suite 3400**
**Tampa, FL 33602**

**2009 to present**

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME            ADDRESS
**Same as above**

DATES SERVICES RENDERED

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME
**Barfield Bay Properties, Inc.**

ADDRESS
**4648 Golden Gateway Parkway**
**Unit C**
**Naples, FL 34116**

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS
**Washington Mutual**
**3929 W. John Carpentar Fwy.**
**3rd Floor**
**Irving, TX 75063**

DATE ISSUED
**As requested from time to time**

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR

DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY

NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None ☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS
**Barfield Bay Holdings, Inc.**
**402 11th Street North**
**Naples, FL 34102**

NATURE OF INTEREST
**Partnership interest**

PERCENTAGE OF INTEREST
**1%**

**Stephen Glas Trust**
**402 11th Street North**
**Naples, FL 34102**

**Partnership interest**

**33%**

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Robert Glas Trust**<br>**402 11th Street North**<br>**Naples, FL 34102** | **Partnership interest** | **33%** |
| **Suzanne Glas Trust**<br>**402 11th Street North**<br>**Naples, FL 34102** | **Partnership interest** | **33%** |

None
■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
□   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gorden Gate Apartments**<br>**402 11th Street North**<br>**Naples, FL 34102**<br>  **Common ownership** | **April 3, 2009**<br>**June 9, 2009**<br>**October 31, 2009** | **$508.14**<br>**$1,375.00**<br>**$850.00** |
| **Palma Ceia Apartments**<br>**402 11th Street North**<br>**Naples, FL 34102**<br>  **Commown ownershiop** | **January 2009, Repair Loan** | **$6,000.00** |
| **River Park Apartments**<br><br>**Common ownership** | **July 2009, loan** | **$8,800.00** |

### 24. Tax Consolidation Group.

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an
■       employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                             TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____         Signature _____

Barfield Bay Holdings, Inc., General Partner
Ronald L. Glas, President, Barfield Bay Holdings, Inc.

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re    **The RSG Family Limited Partnership - Gordon River**

                     Debtor

Case No. _____

Chapter _____ **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Barfield Bay Holdings, Inc.**<br>**402 11th Street North**<br>**Naples, FL 34102** | | | **1% partnership interest** |
| **Robert Glas Trust**<br>**402 11th Street North**<br>**Naples, FL 34102** | | | **33% partnership interest** |
| **Stephen Glas Trust**<br>**402 11th Street North**<br>**Naples, FL 34102** | | | **33% partnership interest** |
| **Suzanne Glas Trust**<br>**402 11th Street North**<br>**Naples, FL 34102** | | | **33% partnership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Ronald L. Glas, President, Barfield Bay Holdings, Inc. of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____

Signature_____

                **Barfield Bay Holdings, Inc., General Partner**
                **Ronald L. Glas, President, Barfield Bay Holdings, Inc.**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com         Best Case Bankruptcy